IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BURNS & RUSSELL CO. OF  \*
BALTIMORE, et al.,
    Plaintiffs  \*

        vs.  \*  Civil No.: AMD 00-3019

OLDCASTLE, INC., et al.,  \*
    Defendants

\*\*\*\*\*\*

## ORDER

Plaintiffs having failed to serve the summons and complaint upon the above named defendants within 120 days after the filing of the complaint (and having failed even to request issuance of summons until after the passage of approximately 117 days), it is, this 7th day of February, 2001,

ORDERED that plaintiffs show good cause within 10 days of the date of this order why the complaint should not be dismissed as to the above named defendants without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

                                                ANDRE M. DAVIS
                                                United States District Judge