THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE BURNS & RUSSELL COMPANY
et al.

    Plaintiffs.

    v.

OLD CASTLE, INC., et al.

    Defendants.

CASE No.: AMD-00-3019

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION**

  The undersigned counsel for the parties in the above-captioned case hereby stipulate and agree that the time within which the Defendants may answer or otherwise respond to the complaint filed in this case is extended up to and including March 30, 2001.

         T. Allen Mott (No. 08328)
         Cowie & Mott, P.A.
         2110 Fleet Street
         Baltimore, Maryland 21231.
         (410) 327-3800

         Attorney for Plaintiffs
         The Burns & Russell Company

APPROVED
[signature]
2/21/2001

         Daniel F. Goldstein (No. 01036)
         Brown, Goldstein & Levy, LLP
         Suite 300
         520 West Fayette Street
         Baltimore, Maryland 21201
         (410) 962-1030

         Attorneys for Defendants
         OLD CASTLE, INC. et al.