UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

February 23, 2001

MEMORANDUM TO COUNSEL RE:   The Burns & Russell Co., etc. v. Oldcastle, Inc.
                            Civil No. AMD 00-3019

    I acknowledge plaintiff's response to the February 7, 2001, show cause order. In addition, although I have approved the parties' recent stipulation, I am constrained to observe that it seems to me a request to the clerk to withhold issuance of summons is inconsistent with perhaps the letter and certainly the spirit of Fed.R.Civ.P. 4(m). I note, as well, that it appears that service of process on February 5, 2001, would be service 122 days after the filing of the complaint (on October 5, 2000).

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

FEB 2 3 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY