## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

The Burns & Russell Company, et al.

        Plaintiff(s)

vs.

Old Castle, Inc. et al.

        Defendant(s)

Civil Action No. AMD-00-3019

FILED / LODGED / ENTERED / RECEIVED

MAR 2 2 2001

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Daniel F. Goldstein__ Esquire a member of the Bar of this court, moves the admission of __Stephen E. Hudson__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Old Castle, Inc.__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Georgia and South Carolina__

and/or the following United States Court(s): __SEE ATTACHMENT__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __N/A__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U. S. DISTRICT COURT

Revised 6/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or ___Daniel F. Goldstein___ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Ste. 300, 520 West Fayette St. | Ste. 2800, 1100 Peachtree Street |
| Address | Address |
| Baltimore, Maryland 21201 | Atlanta, Georgia 30309-4530 |
| (410) 962-1030 | (404) 815-6500 |
| Office phone number | Office phone number |
| (410) 385-0869 | (404) 815-6555 |
| Fax number | Fax number |
| 01036 | |
| Md. U.S. District Court Number | |

**ORDER**

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

___3/22/2001___                    ___[signature]___
Dated                                          Judge, U. S. District Court

## Stephen E. Hudson Bar and Court Memberships

| 1. | Georgia Bar | Bar No. 374692 |
|---|---|---|
| 2. | South Carolina Bar | Bar No. 2759 |

|  |  | Date of Admission |
|---|---|---|
| 3. | U.S. District Court<br>Northern District of Georgia<br>75 Spring St., S.W.<br>Atlanta GA 30335 | 12/9/85 |
| 4. | Georgia Court of Appeals<br>334 State Judicial Building<br>40 Mitchell Street<br>Atlanta, GA 30334 | 2/11/87 |
| 5. | Georgia Supreme Court<br>244 Washington Street<br>Atlanta, GA 30334 | 9/21/87 |
| 6. | U.S. Court of Appeals for the Fourth Circuit<br>United States Courthouse<br>Tenth and Main Streets<br>Richmond, VA 23219 | 4/24/85 |
| 7. | U.S. Court of Appeals for the Eleventh Circuit<br>Elbert P. Tuttle Court of Appeals Building<br>56 Forsyth Street, N.W.<br>Atlanta, GA 30303 | 6/2/86 |