IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE BURNS & RUSSELL COMPANY OF BALTIMORE CITY, et al. | * |
| Plaintiffs | * |
| v. | * Case No. AMD-00-3019 |
| OLDCASTLE, INC., et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION

The undersigned counsel for the parties in the above-captioned case hereby stipulate and agree that the time within which the Plaintiffs may respond to the Defendants' Motion to Dismiss filed in this case is extended up to and including May 14, 2001.

_/s/ Daniel F. Goldstein_
Daniel F. Goldstein (No. 01036)
Brown, Goldstein & Levy, LLP
Suite 300
520 West Fayette Street
Baltimore, MD 21201
(410) 962-1030

Attorney for Defendants

_/s/ T. Allen Mott_
T. Allen Mott (No. 08328)
Cowie & Mott, P.A.
Canton Title Building
2110 Fleet Street
Baltimore, MD 21231
(410) 327-3800

Attorney for Plaintiffs

It is so ORDERED this 9th day of April, 2001.

_/s/ Andre M. Davis_
U.S. District Judge Andre M. Davis