IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAY 10 2001

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

**THE BURNS & RUSSELL COMPANY**  *
**OF BALTIMORE CITY**, et al.
                                                    *
    Plaintiffs
                                                    *   Case No. AMD-00-3019
v.
                                                    *
**OLDCASTLE, INC.**, et al.
                                                    *
    Defendants
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION

The parties, by their undersigned counsel, stipulate and agree that the time for the filing of Plaintiffs' Opposition to Defendants' Motion to Dismiss shall be extended to May 25, 2001, and that Defendants' Reply Memorandum shall be filed on or before June 15, 2001.

_____              _____
Daniel F. Goldstein (No. 01036)                         T. Allen Mott (No. 08328)
Brown, Goldstein & Levy, LLP                          Cowie & Mott, P.A.
Suite 300                                                          Canton Title Building
520 West Fayette Street                                    2110 Fleet Street
Baltimore, MD 21201                                        Baltimore, MD 21231
(410) 962-1030                                                 (410) 327-3800

Attorney for Defendants                                  Attorney for Plaintiffs


It is so ORDERED this 10th day of May, 2001.

_____
U.S. District Judge Andre M. Davis

