THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE BURNS & RUSSELL COMPANY et al. | * * * | |
| Plaintiffs. | * * | CASE No.: AMD-00-3019 |
| v. | * * | |
| OLDCASTLE, INC., et al. | * * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION**

The undersigned counsel for the parties in the above-captioned case hereby stipulate and agree that the time within which Defendant Oldcastle Precast, Inc., may reply to Plaintiff's Opposition to its Motion to Dismiss the First Amended Complaint is extended up to and including August 17, 2001.

T. Allen Mott (No. 08328)
Cowie & Mott, P.A.
2110 Fleet Street
Baltimore, Maryland 21231.
(410) 327-3800

Attorney for Plaintiffs
The Burns & Russell Company

APPROVED
[signature]
8/7/2001

Daniel F. Goldstein (No. 01036)
Brown, Goldstein & Levy, LLP
Suite 300
520 West Fayette Street
Baltimore, Maryland 21201
(410) 962-1030

Attorneys for Defendants
OLDCASTLE, INC. et al.