IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE BURNS & RUSSELL COMPANY   *
OF BALTIMORE CITY, et al.
                              *
    Plaintiffs
                              *
                                    Case No. AMD-00-3019
v.                            *

                              *
OLDCASTLE, INC., et al.
                              *
    Defendants
*   *   *   *   *   *   *   *   *   *   *   *

## STIPULATION

The parties, by their undersigned counsel, stipulate and agree that the time within which Plaintiffs, The Burns & Russell Company of Baltimore City, et al., may reply to Defendant, Oldcastle Architectural, Inc.'s Motion to Dismiss the First Amended Complaint is extended up to and including August 24, 2001.

_/s/ Daniel F. Goldstein_   _/s/ T. Allen Mott_
Daniel F. Goldstein (No. 01036)     T. Allen Mott (No. 08328)
Brown, Goldstein & Levy, LLP        Cowie & Mott, P.A.
Suite 300                           Canton Title Building
520 West Fayette Street             2110 Fleet Street
Baltimore, MD 21201                 Baltimore, MD 21231
(410) 962-1030                      (410) 327-3800

Attorney for Defendants             Attorney for Plaintiffs

It is so ORDERED this _14_ day of _August_, 2001.

_/s/_
U.S. District Judge Andre M. Davis