IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



BURNS & RUSSELL CO. of            :
BALTIMORE, et al.,                :
    Plaintiffs                    :
                                  :
    v.                            :    CIV. NO. AMD 00-3019
                                  :
OLDCASTLE, INC., et al.,          :
    Defendants                    :
                      ...o0o...

## ORDER

For the reasons set forth in the foregoing Memorandum, it is this 15th day of October,

2001, by the United States District Court for the District of Maryland, ORDERED

    (1)    That the Motions to Dismiss filed by defendants (Paper Nos. 15, 26, 30 and 32)

ARE GRANTED IN PART AND DENIED IN PART WITHOUT PREJUDICE and ALL

CLAIMS AGAINST DEFENDANTS CRH, PLC; AMCOR, INC.; OLDCASTLE

ARCHITECTURAL WEST, INC.; OLDCASTLE APG WEST, INC.; OLDCASTLE APG

NATIONAL, INC.; OLDCASTLE ARCHITECTURAL, INC.; AND TRENWYTH

INDUSTRIES, INC., ARE DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED

    (2)    That judgment is reserved on the defendants' Motion to Dismiss for lack of

personal jurisdiction with regard to DEFENDANT OLDCASTLE, INC.; and it is further

ORDERED

    (3)    That the parties shall take discovery regarding jurisdictional facts and such

discovery shall be completed on or before January 15, 2002; and it is further ORDERED





(4)   That the parties shall submit supplemental memoranda on the outstanding jurisdictional issues within 20 days from the date of the close of discovery, with responses within 10 days thereafter; and it is further ORDERED

(5)   That judgment is reserved on defendants' Motion to Dismiss the Complaint for failure to state a claim pending resolution of outstanding jurisdictional issues; and it is further ORDERED

(6)   That judgment is reserved on defendants' Motion to Dismiss the First Amended Complaint with respect to Oldcastle Precast, Inc., for failure to state a claim pending resolution of outstanding jurisdictional issues; and it is further ORDERED

(7)   That ALL CLAIMS AGAINST DEFENDANTS SUPERLITE BLOCK, INC. and OLDCASTLE ACQUISITION CORPORATION ARE DISMISSED WITH PREJUDICE; and it is further ORDERED

(8)   That the Clerk shall TRANSMIT a copy of this Order and the foregoing Memorandum to all counsel.

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE