IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAN 7 – 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

THE BURNS & RUSSELL COMPANY  *
OF BALTIMORE CITY, et al.
                                                *

    Plaintiffs
                                                *     Case No. AMD-00-3019

v.
                                                *

OLDCASTLE, INC., et al.
                                                *

    Defendants
*   *   *   *   *   *   *   *   *   *   *   *

## ORDER

Upon consideration of the Parties' Joint Motion for One-Week Extension of Jurisdictional Discovery Deadlines, the record having been considered, and good cause having been shown, it is this 7th day of January, 2002, by the United States District Court for the District of Maryland, hereby, ORDERED as follows:

1. The deadline for completion of jurisdictional discovery to be taken pursuant to this Court's October 15, 2001 Order shall be extended to January 22, 2002;

2. Supplemental memoranda as to outstanding jurisdictional issues shall be filed on or before February 11, 2002;

3. Response memoranda as to outstanding jurisdictional issues shall be filed on or before February 22, 2002; and

4. All other terms and conditions of the October 15, 2001 Order shall remain in effect.

_____
U.S. District Judge Andre M. Davis