IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE BURNS & RUSSELL COMPANY OF BALTIMORE CITY, et al. | * |
| Plaintiffs | * |
| v. | * Case No. AMD-01-3019 |
| OLDCASTLE, INC., et al. | * |
| Defendants | * |

## STIPULATION

The parties, by their undersigned counsel, stipulate and agree that the time for the filing of Plaintiffs' response to the Motion to Dismiss filed on behalf of Defendant Amcor, Inc. shall be extended up to and including January 10, 2002.

_____
Joel D. Bush, II (pro hac vice)
Kilpatrick Stockton LLP
1100 Peachtree Street – Suite 2800
Atlanta, GA 30309
(404) 815-6500

Attorney for Defendants

_____
T. Allen Mott (No. 08328)
Cowie & Mott, P.A.
Canton Title Building
2110 Fleet Street
Baltimore, MD 21231
(410) 327-3800

Attorney for Plaintiffs

It is so ORDERED this 7th day of January, 2002.

_____
U.S. District Judge Andre M. Davis