THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE BURNS & RUSSELL COMPANY et al. | * * * | |
| Plaintiffs. | * * | CASE No.: AMD-00-3019 |
| v. | * * | |
| OLDCASTLE, INC., et al. | * * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \*

**CONSENT STIPULATION FOR EXTENSION OF TIME
TO FILE RESPONSE MEMORANDA ON JURISDICTIONAL ISSUES**

The parties, by and through their undersigned counsel, stipulate and agree that the time for filing of response memoranda by both parties to the supplemental memoranda as to outstanding jurisdictional issues, as provided by the Court's October 15, 2001 Order and as amended by the Court's January 7, 2002 Order, shall be extended by one week from Friday, February 22, 2002 to Friday, March 1, 2002. All other terms and conditions of the October 15, 2001 Order and the January 7, 2002 Order shall remain in effect.

_____  
Daniel F. Goldstein (No. 01036)  
Brown, Goldstein & Levy, LLP  
120 E. Baltimore Street, Ste. 1700  
Baltimore, Maryland 21202  
(410) 962-1030  

Attorney for Defendants

_____  
T. Allen Mott (No. 08328)  
Cowie & Mott, P.A.  
Canton Title Building  
2110 Fleet Street  
Baltimore, Maryland 21231  

Attorney for Plaintiffs

It is so ORDERED this _____ day of February 2002.

_____  
U.S. District Judge Andre M. Davis