IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BURNS & RUSSELL CO. of
BALTIMORE, et al.,
    Plaintiffs

v.    CIV. NO. AMD 00-3019

OLDCASTLE, INC., et al.,
    Defendants

...o0o...

ORDER

In accordance with the foregoing Memorandum, it is this 1st day of May, 2002, by the United States District Court for the District of Maryland, ORDERED

(1) That the renewed motion to dismiss for lack of personal jurisdiction is GRANTED;

(2) That the motion to dismiss for failure to state a claim is GRANTED AS TO DEFENDANT OLDCASTLE PRECAST, INC., and THE CLAIMS ASSERTED AGAINST DEFENDANT OLDCASTLE PRECAST, INC., ARE DISMISSED; it is further ORDERED

(3) That the Clerk shall CLOSE THIS CASE and TRANSMIT copies of this Order and the foregoing Memorandum to the attorneys of record.

                                                  ANDRE M. DAVIS
                                                UNITED STATES DISTRICT JUDGE

