**Brown Goldstein Levy** LLP

E-Mail: dfg@browngold.com

120 E. Baltimore St.
Suite 1700
Baltimore, Maryland
21202-6701
Tel: 410 962-1030
Fax: 410 385-0869
www.browngold.com

May 22, 2002

FILED _____ ENTERED
LODGED _____ RECEIVED

MAY 2 4 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                                                                                    DEPUTY

**VIA HAND DELIVERY**
Hon. Andre M. Davis
United States District Judge
United States District Court
District of Maryland
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   Burns & Russell Co. of Baltimore, et al. v. Oldcastle, Inc. et al.
      CA No. AMD 00- 3019

Dear Judge Davis:

On May 16, 2002, plaintiffs filed a Motion for Reconsideration and change of Venue. The defendants opposition is due May 30. Defendants request an extension of time to respond to the motion until June 13, 2002. Pursuant to Local Rule 106.9, Oldcastle's counsel attempted to obtain the consent of plaintiff's counsel to an extension, but was unsuccessful in so doing.

Accordingly, I would ask that the court grant defendants an extension of time and permit an opposition to be filed on or before June 13, 2002.

Thank you for your attention to this matter.

Very truly yours,

Daniel F. Goldstein

DFG/tt
cc:   T. Allen Mott, Esq. (via facsimile)
      Stephen E. Hudson, Esq. (via facsimile)
      Joel D. Bush, Esq. (via facsimile)

5/24/2002
APPROVED.