IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE BURNS & RUSSELL COMPANY OF BALTIMORE CITY, et al. | * |
| Plaintiffs | * |
| v. | * Case No. AMD-00-3019 |
| OLDCASTLE, INC., et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \*

**STIPULATION**

The parties, by their undersigned counsel, stipulate and agree that the time within which Plaintiffs, The Burns & Russell Company of Baltimore City, et al., may reply to Defendant, Oldcastle, Inc.'s Memorandum in Response to Plaintiff's Motion for Reconsideration and Request for Transfer of Venue to the Northern District of Georgia is extended up to and including June 28, 2002.

_____
Joel D. Bush, II (pro hac vice)
Kilpatrick Stockton LLP
1100 Peachtree Street – Suite 2800
Atlanta, GA 30309
(404) 815-6500

Attorney for Defendants

_____
T. Allen Mott (No. 08328)
Cowie & Mott, P.A.
Canton Title Building
2110 Fleet Street
Baltimore, MD 21231
(410) 327-3800

Attorney for Plaintiffs

It is so ORDERED this 2C day of June, 2002.

_____
U.S. District Judge Andre M. Davis

