IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL -3 P 4: 24

CLERK'S OFFICE
AT BALTIMORE
BY_____

FILED _____ LODGED _____ ENTERED
_____ RECEIVED

JUL 08 2002

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEPUTY

THE BURNS & RUSSELL COMPANY    *
OF BALTIMORE CITY, et al.
                               *
        Plaintiffs
                               *    Case No. AMD-00-3019
v.
                               *

OLDCASTLE, INC., et al.
                               *

        Defendants
*    *    *    *    *    *    *    *    *    *    *    *

## STIPULATION

The parties, by their undersigned counsel, stipulate and agree that the

time within which Plaintiffs, The Burns & Russell Company of Baltimore City, et

al., may reply to Defendant, Oldcastle, Inc.'s Memorandum in Response to

Plaintiff's Motion for Reconsideration and Request for Transfer of Venue to the

Northern District of Georgia is extended up to and including July 9, 2002.


_____
Joel D. Bush, II (pro hac vice)
Kilpatrick Stockton LLP
1100 Peachtree Street – Suite 2800
Atlanta, GA 30309
(404) 815-6500

Attorney for Defendants


_____
T. Allen Mott (No. 08328)
Cowie & Mott, P.A.
Canton Title Building
2110 Fleet Street
Baltimore, MD 21231
(410) 327-3800

Attorney for Plaintiffs


It is so ORDERED this 8th day of ___July___, 2002.

_____
U.S. District Judge Andre M. Davis

(56)